FILED
JAMES J. VILT JR,
CLERK
AUG 22 2022
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

United States of America v. Elmer Gregorio Mendoza

Case Number: 3:22-cr-98-RGJ

### OATH FOR INTERPRETER

I SOLEMNLY AFFIRM THAT I WILL WELL AND TRULY ACT AS AN INTERPRETER IN THIS MATTER BEFORE THE COURT.

Aimara Liste-Gonzalez
Print Name

*[signature]*
Sign Name

Spanish
Language

SUBSCRIBED AND SWORN TO BEFORE ME THIS 22nd DAY OF AUG 2022, AT LOUISVILLE KENTUCKY.

*A. Henry*
DEPUTY CLERK